**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CHARLES LITTON MORRIS,**

    **Plaintiff,**

**v.**                                                                                **Case No. 3:17cv692-RV-CJK**

**STATE OF FLORIDA, ESCAMBIA**
**COUNTY CIRCUIT COURT,**
**THOMAS V. DANNHEISSER; and**
**FLORIDA DEPARTMENT OF**
**CORRECTIONS,**
    **89**
    **Defendants.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Order and Report and Recommendation dated June 6, 2018 (doc. 14). Plaintiff has been furnished a copy of the Order and Report and Recommendation and afforded an opportunity to file objections to the Report and Recommendation pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff claims against Judge Dannheisser are DISMISSED without prejudice.

3. The clerk of court shall update the docket to so reflect.

**DONE AND ORDERED** this 21st day of August, 2018.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**